**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**09-15-00333-CR**
_____

**Ex Parte Alto V. Watson III**

_____

**On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause Nos. 12-14962-A, 12-14963-A,
12-14964-A, 12-15663-A, 13-17023-A**

_____

## ORDER

The 252nd District Court of Jefferson County, Texas is to forward the following original sealed exhibit to the Clerk of this Court on or before Friday, December 4, 2015:

Plaintiff's Exhibit No. 1 - Poster-size exhibit (Sealed)

The original exhibit will be returned to the 252nd District Court when the appeal is final in this Court.

Entered this the 30th day of November, 2015.

PER CURIAM